[No. 64258-8-I.   Division One.   January 18, 2011.]

CARL COOK, *Respondent*, v. PRINS AUTOGASSYSTEMEN B.V. ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.

[No. 64335-5-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMED HASSAN MOHAMED, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Spearman, JJ.

[No. 64393-2-I.   Division One.   January 18, 2011.]

*In the Matter of the Marriage of* JULEA L. EDWARDS, *Respondent*, and LAWRANCE A. EDWARDS, *Appellant*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 64397-5-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY CORNELIUS JOHNSON, *Appellant*.

*Reversed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Lau, JJ.